IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

```
FILED ___  ENTERED ___
LOGGED ___  RECEIVED ___
JUN 15 2020
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY
```

Anthony Clark Jr.

08-25-1990

3522455/460812

14100 McMullen Hwy SW

Cumberland, MD 21502
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Case No.: _____
(Leave blank. To be filled in by Court.)

Officer Portmess

14100 McMullen Hwy SW

Cumberland, MD 21502

North Branch Correctional Institution
(Full name and address of respondent)
**Defendant(s).**

## COMPLAINT

I. Previous Lawsuits

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

  YES ☐   NO ☐

  B. If you answered YES, describe that case(s) in the spaces below.

  1. Parties to the other case(s):

    Plaintiff: Anthony Clark

    Defendant(s): Officer Portmess

  2. Court (if a federal court name the district; if a state court name the city or county):

    District of Maryland

3. Case No.: _____

4. Date filed: Approximatly October of 2019

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): Dismissed without prejudice

_____

7. Date of Disposition: Approximatly Nov-Dec 2019

II. Administrative Proceedings

   A. If you are a prisoner, did you file a grievance as required by the prison's administrative remedy procedures?

   YES ☑   NO ☐

   1. If you answered YES:

      a. What was the result? Dismissed IID investigation

      _____

      b. Did you appeal? _____

         YES ☑   NO ☐

   2. If you answered NO to either of the questions above, explain why: _____

   _____

   _____

III. Statement of Claim
   (Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

   On September 26th, 2019 on A-tier of housing unit 1 my person was seized; taken to the ground. I was then handcuffed, 3 while still pinned chest-down to the ground beneath; by several officers with my hands still cuffed behind my back, officer Portness began assaulting me with severe repeated strikes to the back, sides; top of my head with the blunt end of a very heavy; thick mace canister. This resulted in both instataneous physical injury

see attatched sheet(s) →

(i.e deep lacerations/open wounds leaving permanent scarring); substantial blood loss which pooled beneath my head. I was then forcibly dragged by two officers (1 of which included Portmess, the other, due to a heavy flow of blood in my eyes which thereby blinded me, remains unknown to me) to; inside the medical room of housing unit 1 without the presence of medical personnel which, "upon information; belief", is a violation of policy; procedure. Once inside the medical room I was placed in a hunched position across the bed-chair. I was then struck repeatedly with closed fist strikes to the head for an elongated period of time. Simultaneously I was taunted with racial expletives; threatened repeatedly. During the course of this assault I was sexually assaulted. Some time afterwards, medical personnel walked into the room; asked how did blood get all over the walls. I made repeated requests to Lt. Whiteman; sgt thomas to make a prea complaint which I was denied. I was placed in a cell on C-tier; deprived the basic necessities such as mattress, soap, toilet paper, toothpaste, toothbrush, etc as well as denied a shower for 15 days. During this time I managed to acquire some paper; a pen which I used to write a distress note which was then smuggled by inmates to a inmate with access to the phone which he used to relay the information of the note to my family who then called this institution, spoke with staff including sgt thomas,; relayed their concerns about me being sexually assaulted; wanting to make a prea complaint. Officers then came to my cell to inform me that they had spoken to my family but I still could not file a prea complaint. I also managed to fill out a ARP which was given to officer Kody Gilpen on october 1st 2019, which he refused to sign or return,; then made repeated threats against my life. Officers further came to my door on that friday; again threatened my life further subjecting me to intentional infliction of emotional distress; harm. Other officers have repeatedly looked on with deliberate indifference of my potential risk of serious bodily harm or death from the excessive use of force I was subjected to on September 26th 2019 to the incident in the medical room where I was further brutalized. For the above stated reasons I am seeking to bring suit to officer Portmess in both his individual; official capacity. I am seeking money damages - specifically compensatory; punitive damages - as well as an injunction; declaratory judgement. I am seeking compensatory; punitive damages in the amount of 250,000/two hundred; fifty thousand dollars. I would like to request all camera footage

of said incidents from A;C tier of housing unit 1, as evidence.
Thank you for your time; have a blessed day.

*Anthony Clark Jr*
Anthony Clark JR
5-17-2020

IV. Relief
(State briefly what you want the Court to do for you.)

I am seeking compensatory; punitive damages in the amount of two hundred; fifty thousand dollars as well as an injunction; declaratory judgement.

SIGNED THIS __17th__ day of __May__, __2020__.

*Anthony Clark*
Signature of Plaintiff

Anthony Clark
Printed Name North Branch Correctional Institution
14100 McMullen Hwy SW
Cumberland, MD 21502
Address

_____
Telephone Number

_____
Email Address

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Anthony Clark JR

08-25-1990

3522455/460812

NBCI-14100 McMullen Hwy SW

Cumberland, MD 21502
(Full name, date of birth, identification #, address of petitioner)
**Plaintiff,**

v.

Officer Portmess

NBCI

14100 McMullen Hwy, SW

Cumberland, MD 21502
(Full name and address of defendant)
**Defendant(s).**

Case No.: _____
*(Leave blank. To be filled in by Court.)*

## CERTIFICATE OF SERVICE

I hereby certify that on May 17th, 2020, a copy of _____ was mailed via first class mail, postage prepaid, to _____

Anthony Clark
Signature of Plaintiff

Anthony Clark
Printed Name
NBCI-14100 McMullen Hwy, SW

Cumberland, MD 21502
Address

_____
Telephone Number

_____
Email Address